AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Western District of Michigan

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. **2:18-mj-33** |
| THERESA LOUISE HARRIS | ) | **Timothy P. Greeley** |
| | ) | **U.S. Magistrate Judge** |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  11/6/2014 - 8/24/2018  in the county of  Marquette  in the
Western District of  Michigan , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2261A(2)(B) | Defendant, with the intent to harass and intimidate, used and attempted to use the mail, an interactive computer service or electronic communication system or an electronic communication service of interstate commerce to engage in a course of conduct that caused and would be reasonably expected to cause substantial emotional distress to J.F.M. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent John J. Fortunato, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 8/31/2018

_____
*Judge's signature*

City and state:  Marquette, Michigan       Timothy P. Greeley, U.S. Magistrate Judge
*Printed name and title*