UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

   vs.

THERESA LOUISE HARRIS,
a/k/a Theresa L. Dehner,

                                   **INDICTMENT**

        Defendant.
_____/

   The Grand Jury charges:

(Cyberstalking)

Beginning in 2014, and continuing to on or about August 24, 2018, in Marquette County, in the Western District of Michigan, Northern Division, and elsewhere, the defendant,

**THERESA LOUISE HARRIS,
a/k/a Theresa L. Dehner,**

with the intent to harass and intimidate, used the mail, an interactive computer service, an electronic communication service, an electronic communication system of interstate commerce, and a facility of interstate commerce to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to one or more persons, including but not limited to, J.F.M.

18 U.S.C. § 2261A(2)(B)
18 U.S.C. § 2261(b)(5)

A TRUE BILL

_____
GRAND JURY FOREPERSON

ANDREW BYERLY BIRGE
United States Attorney

_____
MAARTEN VERMAAT
Assistant United States Attorney